# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 01, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-60524    Alejandro Naranjo Hernandez v. Loretta Lynch
                         Agency No. A077 764 548

The court has granted, in part, an extension of time to and including September 24, 2015, for filing respondent's brief in this case.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Shea E. Pertuit*
                         By: _____
                         Shea E. Pertuit, Deputy Clerk
                         504-310-7666

Ms. Tangerlia Cox
Mrs. Susan Bennett Green
Mr. Geoffrey Alan Hoffman
Ms. Kerry Ann Monaco